UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CATHERINE RAWSON, as Personal Representative
of the Estate of Alan Greenough; and
ANTHONY PERROTTI,
    Plaintiffs,

    v.                                        Civil Action No. 1:21-cv-10147-IT

THE TOWN OF READING;
OFFICER ERIK DRAUSCHKE;
& SERGEANT PATRICK SILVA,
    Defendants

## NOTICE OF
## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

    The Court having been advised on 11/15/2024, that the above-entitled action has been settled:

    IT IS ORDERED that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within FORTY-FIVE (45) days if settlement is not consummated.

**By the Court,**

**Dated: November 15, 2024**                              /s/Gail A. Marchione,
                                                                           **Courtroom Deputy Clerk**