UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CATHERINE RAWSON, as Personal Representative of the Estate of *Alan Greenough*; and, ANTHONY PERROTTI,  )<br>)<br>)<br>)<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>THE TOWN OF READING;  )<br>OFFICER ERIK DRAUSCHKE;  )<br>& SERGEANT PATRICK SILVA,  )<br>)<br>*Defendants*.  ) | No. 1:21-cv-10147-IT |

**STIPULATION OF DISMISSAL OF
COUNTS VI & VII AGAINST DEFENDANT PATRICK SILVA**

The Parties in the above entitled action, through counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate that the following counts in the complaint (Doc. #1) shall be dismissed with prejudice, and with each side bearing its own costs: ***Count VI*** (Plaintiff Estate's claim against Defendant Patrick Silva based on Supervisory Liability); and, ***Count VII*** (Plaintiff Estate's claim against Defendant Patrick Silva based on the wrongful death statute). All rights of appeal are waived with respect to (only) *Counts VI & VII*. This stipulation does not dismiss or otherwise affect in any way the remaining counts in the complaint, which remain pending.

[signatures on following page]

Respectfully submitted,

Plaintiffs Catherine Rawson,
As Executor of the Estate of Alan Greenough, and Anthony Perrotti,

By Their Attorneys,

*/s/ _Victor Koufman*_____
Victor J. Koufman (BBO# 545296)
William D. Salzman (BBO# 439749)
Koufman Law Group, LLC
145 Tremont Street, Fourth Floor
Boston, MA 02111
(617) 423-2212
vk@klgboston.com
ws@klgboston.com

Defendants the Town of Reading & Sergeant Patrick Silva,
By Their Attorneys,

/s/_Thomas Donahue_____
Leonard Kesten, BBO #542042
Thomas Donahue, BBO# 643483
Body, Hardoon, Perkins & Kesten, LLP
699 Boylston Street, Boston, MA 02116
(617) 880-7100

Defendant Erik Drauschke,
By his Attorneys,

*/s/ Joseph Mongiardo*_____
Joseph Mongiardo (BBO# 710670)
Douglas I. Louison (BBO# 545191)
Louison, Costello, Condon & Pfaff, LLP
10 Post Office Square, Suite 1330
Boston, MA 02110
(617) 439-0305