UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
CATHERINE RAWSON, as Personal Representative )
of the Estate of *Alan Greenough*; and,     )
ANTHONY PERROTTI,                           )       No. 1:21-cv-10147-IT
                                            )
                *Plaintiffs*,               )
v.                                          )
                                            )
THE TOWN OF READING; and,                   )
OFFICER ERIK DRAUSCHKE.                     )
                                            )
                *Defendants*.               )
_____)

**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST**
**DEFENDANTS TOWN OF READING AND OFFICER ERIK DRAUSCHKE**

The Parties in the above entitled action, through counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate that all claims and causes of action of the Plaintiffs that are or could have been alleged in the above-entitled matter against The Town of Reading and Officer Erik Drauschke are hereby dismissed with prejudice, with each party bearing his or her own costs, and with each party waiving all rights of appeal.

    Respectfully submitted,
    Plaintiffs Catherine Rawson,
    As Executor of the Estate of Alan
    Greenough, and Anthony Perrotti,
    By Their Attorneys,

    */s/ Victor Koufman*_____
    Victor J. Koufman (BBO# 545296)
    William D. Salzman (BBO# 439749)
    The Koufman Law Group, LLC
    88 Broad Street, Fourth Floor
    Boston, MA 02111
    (617) 423-2212
    vk@klgboston.com
    ws@klgboston.com

2

        Defendant Town of Reading,
        By Their Attorneys,

        */s/   Leonard Kesten*_____
        Leonard Kesten, BBO #542042
        Thomas Donahue, BBO# 643483
        Body, Hardoon, Perkins & Kesten, LLP
        699 Boylston Street, Boston, MA 02116
        (617) 880-7100

        Defendant Erik Drauschke,
        By his Attorneys,

        */s/  Joseph Mongiardo, Esq.*_____
        Joseph Mongiardo (BBO# 710670)
        Douglas I. Louison (BBO# 545191)
        Louison, Costello, Condon & Pfaff, LLP
        10 Post Office Square, Suite 1330
        Boston, MA 02110
        (617) 439-0305

Z:\Clients\Rawson\Settlement\Stipulation of Dismissal_Town and Drauschke\Stipulation of Dismissal_Town and Drauschke_12.15.25.docx